WILLIAM H. BLAIN, as Receiver, etc., Appellant, *v.* EDGAR POOL et al., Respondents.

(Submitted June 24, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 12, 1887, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Edward P. Wilder* for appellant.

*Thomas F. Wentworth* and *Harwood R. Pool* for Edgar Pool, respondent.

*E. J. Myers* for Henry C. Nichols et al., respondents.

Agree to affirm upon opinion of DANIELS, J., in court below. All concur.
Judgment affirmed.